# United States District Court
### Southern District of Georgia

Mantoine Flood

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-00223-WTM-GRS

Warden Jose Morales, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/27/17 adopting the Magistrate Judge's Report and

Recommendation, the petition is Dismissed Without Prejudice. This case stands closed.



2/27/17
*Date*

Scott L. Poff
*Clerk*

_(By) Deputy Clerk_